IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
FEB 1 8 2026
FILED/REC'D
CLERK OF COURT

UNITED STATES OF AMERICA

v.

DAVID C. FAWCETT,

Defendant.

SEALED INDICTMENT

Case No. 26 CR 029 WMC

18 U.S.C. § 2251(a)
18 U.S.C. § 2253

THE GRAND JURY CHARGES:

## COUNT 1

On or about August 10, 2025, in the Western District of Wisconsin and elsewhere, the defendant,

DAVID C. FAWCETT,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that depiction was transported and transmitted using any means or facility of interstate or foreign commerce, specifically, FAWCETT used Minor A to produce a video with a file name that includes the time 07-03-18 of Minor A engaged in sexually explicit conduct, and that video was transported via Snapchat.

(In violation of Title 18, United States Code, Section 2251(a).)

## COUNT 2

On or about August 27, 2025, in the Western District of Wisconsin and elsewhere, the defendant,

DAVID C. FAWCETT,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that depiction was transported and transmitted using any means or facility of interstate or foreign commerce, specifically, FAWCETT used Minor A to produce a video with a file name that includes the time 11-23-38 of Minor A engaged in sexually explicit conduct, and that video was transported via Snapchat.

(In violation of Title 18, United States Code, Section 2251(a).)

### FORFEITURE ALLEGATION

As a result of the offense charged in Counts 1 and 2 of this indictment, and upon conviction for violating Title 18, United States Code, Section 2251(a), pursuant to Title 18, United States Code, Section 2253, the defendant,

DAVID C. FAWCETT,

shall forfeit to the United States his right, title, and interest in:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, and

(2) any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including property specifically described as an LG Q60 cell phone and a Samsung tablet

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 2/18/26

_____
CHADWICK M. ELGERSMA
United States Attorney

2