# COURTROOM MINUTES
## CRIMINAL

DATE: 3/11/2026　　DAY: Wednesday　　START TIME: 1:04 pm　　END TIME: 1:42 pm
JUDGE/MAG.: ARW　　CLERK: JLS　　REPORTER: FTR
PROBATION OFFICER: R. Plender　　INTERPRETER: _____　　SWORN: YES ☐ NO ☐
CASE NUMBER: 26-cr-29-wmc　　CASE NAME: USA v. David Fawcett
PROCEEDING: Detention Hearing

**APPEARANCES:**
ASST. U.S. ATTY.: Elizabeth Altman　　DEFENDANT ATTY.: Jonas Bednarek
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Catherine White

DEFENDANT PRESENT:　☒ YES　☐ NO　☐ EXCUSED BY COURT

Defendant detained.

TOTAL COURT TIME: 38 min